# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | Case No: 14-41432-659  Chapter 13 |
| ) | |
| EVA D HURST ) | Hearing Date: 05/01/2014 |
| ) | Hearing Time: 10:00 am |
| ) | Location: St. Louis, Room 7 North |
| Debtor ) | |
| ) | |

**TRUSTEE'S MEMORANDUM REGARDING CONFIRMATION OF 3RD AMENDED PLAN**

   **COMES NOW** John V. LaBarge, Jr., Standing Chapter 13 Trustee, and states he has no objections to confirmation of the 3rd Amended plan.

Dated: June 06, 2014  
WDOCNF--KLW

/s/ John V. LaBarge, Jr., Chapter 13 Trustee  
John V. LaBarge, Jr., Chapter 13 Trustee  
P.O. Box 430908  
St. Louis, MO  63143  
(314) 781-8100  Fax: (314) 781-8881  
trust33@ch13stl.com

Copy Thru Court's ECF or Mail to:

EVA D HURST  
1211 WATTS AVENUE  
ST LOUIS, MO  63130

CASTLE LAW OFFICE OF ST LOUIS  
500 N BROADWAY  
STE 1400  
ST LOUIS, MO  63102